**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**
Thomas D. Warren (State Bar No. 160921)
twarren@piercebainbridge.com
Andrew Calderón (State Bar No. 316673)
acalderon@piercebainbridge.com
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Telephone: (213) 262-9333
Facsimile: (213) 279-2008

Dwayne D. Sam (*pro hac application forthcoming*)
dsam@piercebainbridge.com
600 Pennsylvania Avenue NW,
South Tower, Suite 700
Washington, DC 20004
Telephone: (202) 843-8342
Facsimile: (646) 968-4125

*Counsel for Plaintiff Seth Shapiro*

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH SHAPIRO,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY, LLC.<br><br>    Defendant. | Case No.   2:19-cv-8972<br><br>**CONSUMERS LEGAL REMEDIES ACT VENUE AFFIDAVIT**<br><br>**[CCP § 1780(d)]** |

## I. NATURE OF THE ACTION

I, Seth Shapiro, declare and state as follows:

1. I am the plaintiff in this action.
2. I make this affidavit as required by California Civil Code § 1780(d).
3. The Complaint in this action is filed in a proper place for trial because Defendant conducts substantial business in Los Angeles County, California.
4. The Complaint in this action is further filed in a proper place for trial because the transactions that are the subject of this action occurred in Los Angeles County, California.
5. I am a citizen of the State of California, County of Los Angeles.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15 day of October, 2019 at Los Angeles, California.

_____
Seth Shapiro

| | |
|---|---|
| Dated: October 15 2019 | Respectfully submitted, |
| | *[signature]* |
| | _____ |
| | Thomas D. Warren (SBN 160921) |
| | twarren@piercebainbridge.com |
| | Andrew Calderón (State Bar No. 316673) |
| | acalderon@piercebainbridge.com |
| | **PIERCE BAINBRIDGE BECK PRICE & HECHT LLP** |
| | 355 S. Grand Avenue, 44th Floor |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 262-9333 |
| | Facsimile: (213) 279-2008 |
| | |
| | Dwayne D. Sam (*pro hac application forthcoming*) |
| | dsam@piercebainbridge.com |
| | **PIERCE BAINBRIDGE BECK PRICE & HECHT LLP** |
| | 600 Pennsylvania Avenue NW |
| | South Tower, Suite 700 |
| | Washington, DC 20004 |
| | Telephone: (202) 843-8342 |
| | Facsimile: (646) 968-4125 |

– 2 –
CLASS ACTION COMPLAINT