**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| SETH SHAPIRO | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | CV 19-8972 CAS(FFMx) |
| v. AT&T INC., ET AL. | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The undersigned holds a financial interest in AT&T, Inc.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 19-03.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

October 22, 2019                                    *Christina A. Snyder*
Date                                                United States District Judge/Magistrate Judge

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge ___Consuelo B. Marshall___. On all documents subsequently filed in this case, please substitute the initials ___CBM___ after the case number in place of the initials of the prior judge so that the case number will read: ___2:19-cv-08972 CBM(FFMx)___.

This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge    ☐ Statistics Clerk

CV-52 (03/19)          ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03