| Attorney or Party without Attorney: Pierce Bainbridge Beck Price & Hecht LLP<br>Thomas D Warren, Esq.<br>355 S. Grand Avenue, 44th Floor<br>Los Angeles, CA 90071<br>Telephone No: 213-262-9333<br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
USDC-Central District of California

*Plaintiff:* Seth Shapiro
*Defendant:* AT&T Mobility, LLC

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-08972-CBM-FFM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Consumer Legal Remedies Act Venue Affidavit, Notice to Parties of Court-Directed ADR Program, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Standing Order, Order to Reassign Case Due to Self-Recusal Pursuant to General Order 19-03

3. a. Party served:     AT&T Mobility LLC c/o CT Corporation System
   b. Person served:    Gabriela Sanchez, Intake Specialist, CT Corporation System, Registered Agent , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    818 W 7th St Suite 930, Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Oct 25 2019 (2) at: 02:55 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**



10/28/2019
(Date)                                              (Signature)



PROOF OF SERVICE

3919479
(323286)