MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

ASHLEY E. JOHNSON (*pro hac application forthcoming*)
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201-2911
Telephone:  214.698.3100
Facsimile:   214.571.2900

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH SHAPIRO,<br><br>               Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY, LLC,<br><br>               Defendant. | CASE NO. 2:19-CV-08972-CBM (FFM)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: October 25, 2019<br><br>Current Response Date: November 15, 2019<br><br>New Response Date: December 6, 2019 |

## STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Pursuant to Local Rules 7-1 and 8-3, Plaintiff Seth Shapiro ("Shapiro") and Defendant AT&T Mobility, LLC ("AT&T"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Shapiro filed the Complaint in this action on October 17, 2019;

WHEREAS, Shapiro served AT&T with the Summons and Complaint on October 25, 2019;

WHEREAS, the parties have met and conferred regarding AT&T's deadline to answer or otherwise respond to the Complaint;

WHEREAS, the parties agree that the deadline for responding to the initial complaint should be extended by 21 days until December 6, 2019;

IT IS HEREBY STIPULATED AND AGREED, by and between Shapiro and AT&T through their respective counsel of record as follows:

1. The current deadline for AT&T to respond to the Complaint shall be extended by 21 days; and

2. AT&T shall be required to file its responsive pleading by December 6, 2019.


Dated:  November 4, 2019

MARCELLUS MCRAE
GIBSON, DUNN & CRUTCHER LLP


By:  /s/ Marcellus McRae
      Marcellus McRae

Attorneys for Defendant


DATED: November 4, 2019

THOMAS D. WARREN, SBN 160921
PIERCE BAINBRIDGE BECK PRICE &
HECHT LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  /s/ Thomas D. Warren
     Thomas D. Warren

Attorneys for Plaintiff