Dwayne D. Sam
Pierce Bainbridge Beck Price & Hecht LLP
600 Pennsylvania Avenue NW,
South Tower, Suite 700
Washington, DC 20004

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SETH SHAPIRO | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:19-cv-08972 -CBM(FFMx) |
| v. | |
| AT&T MOBILITY, LLC | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   [14] |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

SAM, DWAYNE D.
*Applicant's Name (Last Name, First Name & Middle Initial*

(202) 843-8342       (202) 899-5666
*Telephone Number*       *Fax Number*

dsam@piercebainbridge.com
*E-Mail Address*

of  Pierce Bainbridge Beck Price & Hecht LLP
600 Pennsylvania Avenue NW
South Tower, Suite 700
Washington, DC 20004
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff, Seth Shapiro

*Name(s) of Party(ies) Represent*      ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Warren, Thomas D.
*Designee's Name (Last Name, First Name & Middle Initial*

196217       (213) 262-9333
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

twarren@piercebainbridge.com
*E-Mail Address*

of  Pierce Bainbridge Beck Price & Hecht LLP
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
(213) 262-9333
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.
**Dated: November 27, 2019**

U.S. District Judge/