MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

ASHLEY E. JOHNSON, *pro hac application forthcoming*
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Suite 2100
Dallas, TX  75201-2911
Telephone:   214.698.3100
Facsimile:   214.571.2900

Attorneys for AT&T MOBILITY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SETH SHAPIRO,<br><br>              Plaintiff,<br><br>       v.<br><br>AT&T MOBILITY, LLC,<br><br>              Defendant. | CASE NO. 2:19-CV-8972 (CBM)<br><br>**DEFENDANT AT&T MOBILITY LLC'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Action Filed:  October 17, 2019<br><br>Judge:      Hon. Consuelo B. Marshall |

1  Pursuant to Federal Rule of Civil Procedure, Rule 7.1, and Civil Local Rule
2  7.1-1, the undersigned, counsel of record for Defendant AT&T Mobility LLC, certifies
3  that the following listed parties may have a pecuniary interest in the outcome of this
4  case. These representations are made to enable the Court to evaluate possible
5  disqualification or recusal.

6  AT&T Mobility LLC is a direct or indirect wholly-owned subsidiary of AT&T
7  Inc.

8  No publicly held corporation owns 10% or more of AT&T Inc.'s stock.

10  Dated: December 6, 2019     Respectfully submitted,

    GIBSON, DUNN & CRUTCHER LLP

    By: /s/ Marcellus A. McRae
        Marcellus A. McRae

    Attorney for AT&T Mobility LLC