MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ASHLEY E. JOHNSON, application *pro hac vice* forthcoming
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Suite 2100
Dallas, TX 75201-2911
Telephone: 214.698.3100
Facsimile: 214.571.2900

Attorneys for Defendant AT&T MOBILITY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SETH SHAPIRO,<br><br>                    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY, LLC,<br><br>                    Defendant. | CASE NO. 2:19-CV-8972-CBM-FFM<br><br>**JOINT STIPULATION TO SET PLAINTIFF'S TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND SET DEFENDANT'S TIME TO REPLY TO PLAINTIFF'S OPPOSITION**<br><br>Motion to Dismiss Filed:<br>       December 6, 2019<br><br>Current Opposition Date:<br>       January 21, 2020<br>New Opposition Date:<br>       January 8, 2020<br><br>Current Reply Date:<br>       January 28, 2020<br>New Reply Date:<br>       January 22, 2020 |

Joint Stipulation To Set Plaintiff's Time To File an Opposition to Defendant's Motion to Dismiss and Set Defendant's Time To Reply To Plaintiff's Opposition
Case No. 2:19-cv-8972 (CBM)

Gibson, Dunn & Crutcher LLP

# JOINT STIPULATION TO SET PLAINTIFF'S TIME TO FILE AN OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS AND SET DEFENDANT'S TIME TO REPLY TO PLAINTIFF'S OPPOSITION

Pursuant to Local Rule 7-1, Plaintiff Seth Shapiro ("Shapiro") and Defendant AT&T Mobility, LLC ("AT&T"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Shapiro filed the Complaint in this action on October 17, 2019;

WHEREAS, AT&T filed its Motion to Dismiss the Complaint on December 6, 2019;

WHEREAS, the hearing for AT&T's Motion to Dismiss is set for February 18, 2020;

WHEREAS, the parties have met and conferred regarding (a) Shapiro's deadline to file an Opposition to AT&T's Motion to Dismiss and (b) AT&T's deadline to file a Reply to the Opposition;

WHEREAS, the parties agree that the deadline for filing the Opposition to AT&T's Motion to Dismiss should be set for January 8, 2020;

WHEREAS, the parties agree that the deadline for filing a Reply to Shapiro's Opposition should be set for January 22, 2020;

WHEREAS, the parties have requested one prior extension on November 5, 2019 to enlarge AT&T's time to answer the initial Complaint until December 6, 2019;

WHEREAS, the stipulation will not affect any deadlines fixed by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between Shapiro and AT&T through their respective counsel of record, as follows:

1. The deadline for Shapiro to file his Opposition to AT&T's Motion to Dismiss is January 8, 2020; and

2. The deadline for AT&T to file its Reply to the Opposition is January 22, 2020.

Gibson, Dunn & Crutcher LLP

2

Joint Stipulation To Set Plaintiff's Time To File an Opposition to Defendant's Motion to Dismiss and Set Defendant's Time To Reply To Plaintiff's Opposition
Case No. 2:19-cv-8972 (CBM)

Dated: December 14, 2019

MARCELLUS MCRAE
GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Marcellus McRae*
Marcellus McRae

Attorney for Defendant AT&T MOBILITY, LLC

THOMAS D. WARREN
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP

By: /s/ *Thomas D. Warren*
Thomas D. Warren

Attorney for Plaintiff SETH SHAPIRO

I, Marcellus McRae, attest that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3

Joint Stipulation To Set Plaintiff's Time To File an Opposition to Defendant's Motion to Dismiss and Set Defendant's Time To Reply To Plaintiff's Opposition
Case No. 2:19-cv-8972 (CBM)

Gibson, Dunn & Crutcher LLP