UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 19-8972-CBM(FFMx)** | Date | DECEMBER 17, 2019 |
|---|---|---|---|

| Title | SETH SHAPIRO v. AT & T MOBILITY, LLC., |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Joint Stipulation to set [22] plaintiff's time to file an opposition to defendant's motion and set defendant's time to reply to plaintiff's opposition is GRANTED.

IT IS SO ORDERED.

cc: all parties