Name and address:
Gibson, Dunn & Crutcher LLP
Ashley E. Johnson SBN 24067689
2001 Ross Avenue, Ste 2100
Dallas, Texas 75201

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SETH SHAPIRO,

Plaintiff(s),

v.

AT&T MOBILITY, LLC

Defendant(s),

CASE NUMBER 2:19-CV-8972 (CBM)

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
*PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**
(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. *ELECTRONIC SIGNATURES ARE NOT ACCEPTED.* Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.
(2) Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Johnson, Ashley E.

*Applicant's Name (Last Name, First Name & Middle Initial)*    check here if federal government attorney ☐

Gibson, Dunn & Crutcher LLP

*Firm/Agency Name*

2001 Ross Avenue
Suite 2100

*Street Address*

Dallas, Texas 75201

*City, State, Zip Code*

214.698.3100
*Telephone Number*

214.571.2900
*Fax Number*

ajohnson@gibsondunn.com
*E-mail Address*

I have been retained to represent the following parties:

AT&T MOBILITY, LLC     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Texas | May 1, 2009 | Yes |
| North Carolina | March 31, 2007 | Yes |
| Virginia | October 17, 2007 | Inactive |

G-64 (11/18)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 16-cv-01636-CAS-AG | HERRING v. AT&T SERVICES | May 6, 2016 | Granted |
| 2:18-cv-06975-ODW-KS | MICHAEL TERPIN v. AT&T MOBILITY LLC; DOES 1-25 | November 15, 2018 | Granted |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☒ Yes   ☐ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☒ Yes   ☐ No

_____
*Previous E-mail Used (if applicable)*

Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   January 8, 2020

Ashley E. Johnson
*Applicant's Name (please type or print)*

*/s/ Ashley E. Johnson*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

McRae, Marcellus A.
*Designee's Name (Last Name, First Name & Middle Initial)*

Gibson, Dunn & Crutcher LLP
*Firm/Agency Name*

333 South Grand Avenue
*Street Address*

Los Angeles, CA  90071-3197
*City, State, Zip Code*

213.229.7000
*Telephone Number*

213.229.7520
*Fax Number*

mmcrae@gibsondunn.com
*E-mail Address*

140308
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  January 14, 2020

Marcellus A. McRae
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Northern District of Texas, June 21, 2011
Southern District of Texas, June 17, 2011
Eastern District of North Carolina, August 31, 2007
United States Court of Appeals for the Third Circuit, June 23, 2010
United States Court of Appeals for the Fourth Circuit, September 1, 2010
United States Court of Appeals for the Fifth Circuit, September 10, 2009
United States Court of Appeals for the Sixth Circuit, August 30, 2010
United States Court of Appeals for the Seventh Circuit, July 29, 2016
United States Court of Appeals for the Ninth Circuit, November 29, 2011
United States Supreme Court, June 9, 2014

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Ashley Elizabeth Jones Johnson**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of May, 2009.

I further certify that the records of this office show that, as of this date

**Ashley Elizabeth Jones Johnson**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 6th day of January, 2020.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 8812C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Amy L. Funderburk, Clerk of the Supreme Court of North Carolina, do hereby certify that on March 31, 2007, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## ASHLEY E. JOHNSON

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this January 2, 2020.

*Amy L. Funderbunk*

Amy L. Funderburk
Clerk of the Supreme Court
of the State of North Carolina