Ashley E. Johnson
Gibson Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Seth Shapiro | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:19-cv-8972 -CBM(FFMx) |
| v. | |
| AT&T Mobility LLC | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [25]** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Johnson, Ashley E                              of   Gibson Dunn & Crutcher LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        2001 Ross Avenue, Suite 2100
214-698-3100              214-571-2900                       Dallas, TX 75201
*Telephone Number*        *Fax Number*
ajohnson@gibsondunn.com
*E-Mail Address*                                             *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

AT&T Mobility, LLC

*Name(s) of Party(ies) Represent*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

McRae, Marcellus A.                          of   Gibson Dunn & Crutcher LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    333 South Grand Avenue
140308         213-229-7000       213-229-7520            Los Angeles, CA 90071-3197
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
mmcrae@gibsondunn.com
*E-Mail Address*                                             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:  ☐ be refunded  ☒ not be refunded.

JANUARY 17, 2020                          _____
                                          **U.S. District Judge/U.S. Magistrate Judge**