UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 19-8972-CBM(FFMx) | Date | FEBRUARY 18, 2020 |
|---|---|---|---|
| Title | SETH SHAPIRO v. AT&T MOBILITY, LLC., | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew E. Calderon | Marcellus A. McRae |

**Proceedings:** HEARING RE DEFENDANT'S MOTION TO DISMISS [21]

The case is called and counsel state their appearance. The Court and counsel confer.

Following discussions with the parties, the Court will take the motion under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties                                           **: 42**