# EXHIBIT G



18

September 6, 2019

Seth Shapiro
4704 Sepulveda Blvd
Torrance, CA 90505-2159

***Important Notice: Regarding Customer Proprietary Network Information (CPNI) – Account Ending in 6986***

Dear Seth Shapiro:

AT&T's commitment to customer privacy and data security is our top priority and we take this commitment very seriously. We recently determined that an unknown and unauthorized person gained accessed to your Customer Proprietary Network Information (CPNI) without authorization. CPNI is information related to the telecommunications services you purchase from us; it does not include social security numbers or credit card information. On behalf of AT&T, please accept my apology for this incident. Simply stated, this is not the way we conduct business.

To address this issue, we have taken the following steps:

1. AT&T moved quickly to disable system access to the unauthorized person who accessed your account, preventing any further external intrusion.

2. We have notified federal law enforcement concerning the unauthorized access of your CPNI as required by Federal Communications Commission regulations. Our report to law enforcement does not contain specific information about your CPNI; only that the unauthorized access occurred.

Additionally, to the extent this activity resulted in any unauthorized charges or changes to your account, those charges or changes have been reversed.

If you would like to change your passcode and/or increase the security level of your account, you can do this online at www.att.com or via the app MyAT&T. We also have a special dedicated team who will be happy to answer any questions you may have. You may reach them at 877.686.1457 weekdays between 8:30 a.m. and 6 p.m. Eastern time.

Thank you,

*Nena M. Romano*

Nena M. Romano
Director, Compliance – AT&T Communications

©2019 AT&T Intellectual Property. All rights reserved.                                            CNPO-V