1  MARCELLUS MCRAE, SBN 140308
    mmcrae@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
3  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
4  Facsimile: 213.229.7520

5  ASHLEY E. JOHNSON, admitted *pro hac vice*
    ajohnson@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   2001 Ross Avenue
7  Suite 2100
   Dallas, TX 75201-2911
8  Telephone: 214.698.3100
   Facsimile: 214.571.2900
9
   Attorneys for Defendant AT&T MOBILITY
10 LLC

11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13                    WESTERN DIVISION

| | |
|---|---|
| 14  SETH SHAPIRO, | CASE NO. 2:19-CV-8972-CBM-FFM |
| 15             Plaintiff, | **JOINT STIPULATION TO SET DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| 16       v. | |
| 17  AT&T MOBILITY LLC, | |
| 18             Defendant. | First Amended Complaint Filed: May 29, 2020 |
| 19 | |
| 20 | Current Response Date: June 12, 2020 |
| 21 | New Response Date: June 26, 2020 |

JOINT STIPULATION TO SET DEFENDANT'S TIME TO RESPOND TO
PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No. 2:19-cv-8972-CBM-FFM

# JOINT STIPULATION TO SET DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Local Rule 7-1, Plaintiff Seth Shapiro and Defendant AT&T Mobility LLC ("AT&T"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Mr. Shapiro filed his First Amended Complaint in this action on May 29, 2020;

WHEREAS, the current deadline for AT&T to answer or otherwise respond to Mr. Shapiro's First Amended Complaint is June 12, 2020;

WHEREAS, the parties have met and conferred regarding AT&T's deadline to respond to Mr. Shapiro's First Amended Complaint;

WHEREAS, the parties agree that the deadline for responding to Mr. Shapiro's First Amended Complaint should be set for June 26, 2020;

WHEREAS, the parties have not requested any prior extensions to enlarge AT&T's time to answer the First Amended Complaint;

WHEREAS, the stipulation will not affect any deadlines fixed by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between Mr. Shapiro and AT&T through their respective counsel of record, as follows:

1. The deadline for AT&T to respond to Mr. Shapiro's First Amended Complaint is June 26, 2020.

Gibson, Dunn & Crutcher LLP

2

JOINT STIPULATION TO SET DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No. 2:19-cv-8972-CBM-FFM

Dated: June 5, 2020

        MARCELLUS MCRAE
        ASHLEY E. JOHNSON
        GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Ashley E. Johnson*
      Ashley E. Johnson

Attorney for Defendant AT&T MOBILITY, LLC


ANDREW CALDERON
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP


By:  /s/ *Andrew Calderon*
      Andrew Calderon

Attorney for Plaintiff SETH SHAPIRO


I, Ashley E. Johnson, attest that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3

JOINT STIPULATION TO SET DEFENDANT'S TIME TO RESPOND TO
PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No. 2:19-cv-8972-CBM-FFM

Gibson, Dunn & Crutcher LLP