1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT

9   CENTRAL DISTRICT OF CALIFORNIA

10   WESTERN DIVISION

11   SETH SHAPIRO,                         CASE NO. 2:19-CV-8972-CBM (FFMx)

12                  Plaintiff,             **ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

13        v.

14   AT&T MOBILITY LLC,

15                  Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

This matter is before the Court on Plaintiff Seth Shapiro and Defendant AT&T Mobility LLC's ("AT&T") Joint Stipulation to Extend Defendant's Time to Respond to Plaintiff's First Amended Complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline for AT&T to respond to Mr. Shapiro's First Amended Complaint is June 26, 2020.

**IT IS SO ORDERED.**

DATED: June 8, 2020

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE