MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ASHLEY E. JOHNSON, admitted *pro hac vice*
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Suite 2100
Dallas, TX  75201-2911
Telephone: 214.698.3100
Facsimile: 214.571.2900

Attorneys for Defendant AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SETH SHAPIRO,<br><br>            Plaintiff,<br><br>   v.<br><br>AT&T MOBILITY LLC,<br><br>            Defendant. | CASE NO. 2:19-CV-8972 (CBM)<br><br>**JOINT STIPULATION REGARDING DEFENDANT AT&T MOBILITY LLC'S TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule 7-1, Plaintiff Seth Shapiro and Defendant AT&T Mobility LLC ("AT&T"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Mr. Shapiro filed his First Amended Complaint in this action on May 29, 2020;

WHEREAS, the current deadline for AT&T to respond to Mr. Shapiro's First Amended Complaint is June 26, 2020;

WHEREAS, AT&T intends to move to dismiss two of the claims in Mr. Shapiro's First Amended Complaint on June 26, 2020;

WHEREAS, the parties have met and conferred regarding the effect of AT&T's anticipated partial motion to dismiss on AT&T's deadline to answer Mr. Shapiro's First Amended Complaint;

WHEREAS, the parties agree that, for purposes of this case, the deadline for answering Mr. Shapiro's First Amended Complaint should be governed by Federal Rule of Civil Procedure 12(a)(4);

WHEREAS, the parties agree that the deadline for answering Mr. Shapiro's First Amended Complaint should be clarified as 14 days after the Court's ruling on AT&T's Motion to Dismiss the First Amended Complaint;

WHEREAS, the stipulation will not affect any deadlines fixed by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between Mr. Shapiro and AT&T through their respective counsel of record, as follows:

1. The deadline for AT&T to answer Mr. Shapiro's First Amended Complaint is governed by Federal Rule of Civil Procedure 12(a)(4); and

2. The deadline for AT&T to answer Mr. Shapiro's First Amended Complaint is 14 days after the Court's ruling on AT&T's Motion to Dismiss the First Amended Complaint.

Dated: June 22, 2020

                                          MARCELLUS MCRAE
ASHLEY E. JOHNSON
GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Ashley E. Johnson*
       Marcellus McRae
       Ashley E. Johnson

Attorneys for Defendant AT&T MOBILITY LLC


ANDREW CALDERON
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP


By: /s/ *Andrew Calderon*
      Andrew Calderon

Attorney for Plaintiff SETH SHAPIRO

I, Ashley E. Johnson, attest that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

103971399.1