| | |
|---|---|
| 1 | MARCELLUS MCRAE, SBN 140308 |
| 2 | mmcrae@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 333 South Grand Avenue<br>Los Angeles, CA  90071-3197 |
| 4 | Telephone:  213.229.7000<br>Facsimile:   213.229.7520 |
| 5 | ASHLEY E. JOHNSON, admitted *pro hac vice* |
| 6 | ajohnson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 7 | 2001 Ross Avenue<br>Suite 2100 |
| 8 | Dallas, TX  75201-2911<br>Telephone:  214.698.3100 |
| 9 | Facsimile:   214.571.2900 |
| 10 | Attorneys for Defendant AT&T MOBILITY LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SETH SHAPIRO,<br><br>            Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY LLC,<br><br>            Defendant. | CASE NO. 2:19-CV-8972 (CBM)<br><br>**DECLARATION OF ASHLEY E. JOHNSON IN SUPPORT OF AT&T MOBILITY LLC'S MOTION TO DISMISS THE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Action Filed:  October 17, 2019<br><br>**Hearing:**<br>Date:      July 28, 2020<br>Time:     10:00 a.m.<br>Place:    350 West 1st Street, 8th Floor<br>              Courtroom 8B<br>              Los Angeles, CA 90012<br>Judge:   Hon. Consuelo B. Marshall |

**Declaration of Ashley E. Johnson**

I, Ashley E. Johnson, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* in this matter before the United States District Court for the Central District of California. I am of counsel at the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendant AT&T Mobility LLC in this matter. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the August 9, 2019 notice letter received by AT&T Mobility LLC from counsel for Plaintiff Seth Shapiro.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 26, 2020 in Dallas, Texas.

Dated: June 26, 2020

        ASHLEY E. JOHNSON
        GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Ashley E. Johnson*
        Ashley E. Johnson

Attorneys for Defendant AT&T MOBILITY LLC

103977018.1

Gibson, Dunn & Crutcher LLP

2