UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 19-8972-CBM(FFMx)** | Date | JULY 27, 2020 |
|---|---|---|---|

| Title | Seth Shapiro v. AT&T Mobility, LLC., |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court finds that defendant's motion to dismiss [37],  and currently set for hearing on July 28, 2020, is appropriate for decision without oral argument.

Accordingly, this motion is taken UNDER SUBMISSION and the hearing is vacated.  No appearances are necessary on July 28, 2020.  A written order will issue.

IT IS SO ORDERED.

cc: all parties