UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SETH SHAPIRO,<br><br>              Plaintiff,<br><br>   v.<br><br>AT&T MOBILITY LLC,<br><br>              Defendant. | CASE NO. 2:19-CV-8972 (CBM)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AT&T MOBILITY LLC'S MOTION TO DISMISS THE PLAINTIFF'S THIRD AMENDED COMPLAINT** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING AT&T MOBILITY LLC'S MOTION TO DISMISS THE PLAINTIFF'S THIRD AMENDED COMPLAINT – CASE NO. 2:19-CV-8972 (CBM)

1	This matter is before the Court on Defendant AT&T Mobility LLC's ("AT&T") Motion to Dismiss Count 6 of Plaintiff Seth Shapiro's Third Amended Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Good cause appearing, IT IS HEREBY ORDERED that:

AT&T's Motion is **GRANTED** in its entirety because Plaintiff fails to state a claim for relief as to Count 6 (Concealment) because he has not alleged that AT&T had a duty to speak or that he was unaware of the allegedly concealed facts. *Hoffman v. 162 N. Wolfe LLC*, 228 Cal. App. 4th 1178, 1186 (2014), *as modified on denial of reh'g* (Aug. 13, 2014); *Sanders v. Apple Inc.*, 672 F. Supp. 2d 978, 986 (N.D. Cal. 2009); *Terpin v. AT&T Mobility, LLC*, 2020 WL 5369410 (C.D. Cal. Sept. 8, 2020).

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER GRANTING AT&T MOBILITY LLC'S MOTION TO DISMISS THE PLAINTIFF'S THIRD AMENDED COMPLAINT – CASE NO. 2:19-CV-8972 (CBM)