| | |
|---|---|
| 1 | MARCELLUS MCRAE, SBN 140308 |
| 2 |   mmcrae@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |
| 4 | Telephone: 213.229.7000<br>Facsimile: 213.229.7520 |
| 5 | ASHLEY E. JOHNSON, admitted *pro hac vice* |
| 6 |   ajohnson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 7 | 2001 Ross Avenue<br>Dallas, TX 75201 |
| 8 | Telephone: 214.698.3100<br>Facsimile: 214.571.2949 |
| 9 | Attorneys for Defendant AT&T MOBILITY LLC |
| 10 | CHRISTOPHER GRIVAKES |
| 11 |   cg@agzlaw.com<br>AFFELD GRIVAKES LLP |
| 12 | 2049 Century Park East, Suite 2460<br>Los Angeles, CA 90067 |
| 13 | Telephone: 310.979.8700<br>Facsimile: 310.979.8701 |
| 14 | Attorney for Plaintiff SETH SHAPIRO |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SETH SHAPIRO,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC et al.,<br><br>        Defendants. | CASE NO. 2:19-CV-08972-CBM-FFM(x)<br><br>**JOINT STIPULATION REGARDING AT&T'S RESPONSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**<br><br>Deadline for Plaintiff to File Fourth Amended Complaint: August 6, 2021<br><br>Deadline for Defendant's Response to Third Amended Complaint: August 11, 2021<br><br>Stipulated Deadline for Defendant's Response to Fourth Amended Complaint: August 27, 2021 |

Pursuant to Local Rule 7-1, Plaintiff Seth Shapiro ("Shapiro") and Defendant AT&T Mobility LLC ("AT&T"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, this Court granted AT&T's Motion to Dismiss Count VI of Shapiro's Third Amended Complaint ("TAC") on July 28, 2021 (Dkt. 72), but permitted Shapiro to file a Fourth Amended Complaint;

WHEREAS, the current deadline for AT&T to answer Mr. Shapiro's Third Amended Complaint is August 11, 2021 pursuant to D.E. 62;

WHEREAS, Shapiro advised AT&T that Shapiro intends to file a Fourth Amended Complaint (the "FAC");

WHEREAS, the filing of the FAC will moot the TAC, making an answer to the TAC unnecessary;

WHEREAS, the parties agree that AT&T's response to Shapiro's FAC shall be due 21 calendar days after that filing, and AT&T will further have the right to respond to and challenge the sufficiency of the allegations in the FAC by a motion pursuant to Fed. R. Civ. P. 12 or any other rule or applicable law;

WHEREAS, the parties agree that if AT&T moves to dismiss any portion of the of the FAC, AT&T's answer to Shapiro's FAC shall be due 14 calendar days after the Court issues an order regarding AT&T's motion to dismiss.

WHEREAS, the stipulation will not affect any other deadlines fixed by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between Shapiro and AT&T through their respective counsel of record, as follows:

1. Shapiro shall file the FAC on or before August 6, 2021;
2. AT&T's deadline to answer the TAC by August 11, 2021 is no longer in effect;
3. AT&T shall be required to respond to Shapiro's FAC on or before 21 calendar days from the filing of the FAC, and AT&T will further have the right to respond to and challenge the sufficiency of the allegations in

the FAC by a motion pursuant to Fed. R. Civ. P. 12 or any other rule or applicable law;

4. In the event that AT&T files a motion to dismiss any aspect of the FAC, the deadline for AT&T to answer Shapiro's FAC will be governed by Federal Rule of Civil Procedure 12(a)(4), such that the deadline for AT&T to answer Shapiro's FAC is 14 days after the Court's ruling on AT&T's motion to dismiss part or all of the FAC.

Dated: August 6, 2021

MARCELLUS MCRAE
ASHLEY E. JOHNSON
GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Ashley E. Johnson*
Marcellus McRae
Ashley E. Johnson

Attorneys for Defendant AT&T MOBILITY LLC

DATED: August 6, 2021

CHRISTOPHER GRIVAKES
AFFELD GRIVAKES LLP

By: /s/ *Christopher Grivakes*
Christopher Grivakes

Attorneys for Plaintiff SETH SHAPIRO

Local Rule 5-4.3.4(a)(2) attestation:

Pursuant to Local Rule 5-4.3.4(a)(2), I, Ashley E. Johnson, attest that concurrence in the filing of this document was obtained from the other signatory to this document.