UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-8972-CBM(FFMx) | Date | SEPTEMBER 16, 2021 |
| Title | Seth Shapiro v. AT&T Mobility, LLC | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court finds that the motions to dismiss [78][and [79], currently set for hearing on September 28, 2021, is appropriate for decision without oral argument.

Accordingly, these motions are taken UNDER SUBMISSION and the hearing is vacated.  No appearances are necessary on September 28, 2021.  A written order will issue.

IT IS SO ORDERED.

cc: all parties