UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SETH SHAPIRO,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant. | CASE NO. 2:19-CV-08972-CBM-(FFMx)<br><br>**ORDER REGARDING AT&T'S AND SEQUENTIAL'S RESPONSES TO PLAINTIFF'S FOURTH AND FIFTH AMENDED COMPLAINTS [86]**<br><br>Deadline for Plaintiff to Move for Leave to Amend: October 29, 2021<br><br>Old Deadline for Defendant AT&T's Response to Fourth Amended Complaint: October 14, 2021<br><br>Old Deadline for Defendant Sequential's Response to Fourth Amended Complaint: October 12, 2021<br><br>Stipulated Deadline for Defendant AT&T's and Sequential's Responses to Operative Complaint: 21 days after filing of Fifth Amended Complaint or denial of motion for leave to file amended complaint |

## ORDER REGARDING DEFENDANT'S RESPONSE TO PLAINTIFF'S FOURTH AND FIFTH AMENDED COMPLAINTS

Upon consideration of the stipulation filed by the parties, it is ORDERED that Plaintiff Seth Shapiro shall file his motion for leave to amend the Fourth Amended Complaint ("4AC") on or before October 29, 2021. The current deadlines for Defendants AT&T Mobility, LLC ("AT&T") and Sequential Technology International, LLC ("Sequential") to respond to Mr. Shapiro's 4AC are no longer in effect. In the event that the Court denies Mr. Shapiro's motion for leave to amend, AT&T shall be required to answer Mr. Shapiro's 4AC, and Sequential shall be required to respond to Mr. Shapiro's 4AC, on or before 21 calendar days from the Court's ruling denying Mr. Shapiro's motion for leave to amend. In the event that the Court grants Mr. Shapiro's

Gibson, Dunn & Crutcher LLP

motion for leave to amend, each Defendant shall be required to respond to Mr. Shapiro's 5AC on or before 21 calendar days from the filing of the 5AC, and each Defendant will further have the right to respond to and challenge the sufficiency of the allegations in the 5AC by a motion pursuant to Fed. R. Civ. P. 12 or any other rule or applicable law. In the event that any Defendant files a motion to dismiss any aspect of the 5AC, the deadline for that Defendant to answer Mr. Shapiro's 5AC will be 21 days after the Court's ruling on all Defendants' motions to dismiss part or all of the 5AC.

**IT IS SO ORDERED.**

Dated: October 13, 2021

Honorable Consuelo B. Marshall
United States District Judge