UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 19-8972-CBM(FFMx)** | Date | NOVEMBER 30, 2021 |
| Title | Seth Shapiro v. AT&T Mobility, LLC | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher Grivakes | Ashley E. Johnson |
| | Angeli C. Aragon |

**Proceedings:**   HEARING RE MOTION TO FILE AMENDED COMPLAINT [88]

The case is called and counsel state their appearance. The Court and counsel confer regarding the status of the case. Following discussions with the parties, the Court advises counsel that the motion is taken under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties                                                                                                          **: 30**