**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Seth Shapiro<br>Plaintiff(s)<br><br>v.<br><br>AT&T MOBILITY, LLC, et al.<br>Defendant(s) | CASE NUMBER<br><br>2:19-cv-08972-CMB-FFM<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Seth Shapiro       [x] Plaintiff  [ ] Defendant  [ ] Other
*Name of Party*

to substitute  Jennie Lee Anderson, Andrus Anderson LLP  who is

[x] Retained Counsel    [ ] Counsel appointed by the Court (Criminal cases only)    [ ] Pro Se

155 Montgomery Street, Suite 900
*Street Address*

San Francisco, CA 94104                                jennie.anderson@andrusanderson.com
*City, State, Zip*                                     *E-Mail Address*

(415) 986-1400              (415) 986-1474              203586
*Telephone Number*          *Fax Number*                *State Bar Number*

as attorney of record instead of  Chris Grivakes, Damion Robinson, Affeld Grivakes LLP
List **all** attorneys from same firm or agency who are withdrawing.

**is hereby**   [ ] GRANTED   [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____            _____
                                          U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)        **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**