IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH SHAPIRO,<br><br>    Plaintiff,<br>vs.<br><br>AT&T MOBILITY, LLC, et al.<br><br>    Defendants. | Case No. 2: 19-cv-08972-CBM (RAOx)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court having been advised that the matter has resolved, and the Parties have agreed to the entry of this Order dismissing the matter with prejudice, and the Court being otherwise fully advised in the premises;

IT IS ORDERED that this matter is hereby DISMISSED with prejudice, without fees or costs awarded to any party.

**IT IS SO ORDERED.**

Dated: _____        _____

The Honorable Consuelo B. Marshall

UNITED STATES DISTRICT JUDGE